UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**F I L E D**

APR 1 7 2012

AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INFORMATION NO. 5:12-CR-46-REW
29 U.S.C. § 439(c)

THOMAS W. COFFEY

\*     \*     \*     \*     \*

**THE UNITED STATES ATTORNEY CHARGES:**

At all times material to this Information, International Union, United Automobile

Workers, Aerospace, and Agricultural Implement Workers of America ("U.A.W.") Local

912 was a labor organization engaged in an industry affecting commerce and subject to the

Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, et seq., and

was required to file an annual financial LM-2 report with the Secretary of Labor.

In or about January 2005, and continuing through in or about August 2008, in the

Eastern District of Kentucky,

**THOMAS W. COFFEY**

did willfully make a false entry in, conceal, and withhold a record required to be kept by 29

U.S.C. § 436, that is, union vouchers, checks, and check stubs, a record on matters required

to be reported in the annual financial report of U.A.W. Local 912, which was required to be

filed with the Secretary of Labor for such labor organization's fiscal year ending in 2005,

2006, 2007, and 2008, all in violation of 29 U.S.C. § 439(c).


**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## **PENALTIES**

Not more than 1 year imprisonment, $10,000 fine, and 1 year supervised release.

**PLUS:**     Mandatory special assessment of $25.

**PLUS:**     Restitution, if applicable.